# WOLFE WILLIAMS & REYNOLDS

ATTORNEYS AND COUNSELORS AT LAW

JOEY G. ARNOLD[1]
BRAD A. AUSTIN REYNOLDS[4]
DAVID S. BARY[2] WILLIAMS
BOBBY S. BELCHER, JR.
W. ANDREW DELPH, JR.

470 PARK AVENUE ▪ P.O. BOX 625 ▪ NORTON, VIRGINIA 24273

TELEPHONE (276) 679-0777 ▪ FAX (276) 679-5919

www.wwrrlawfirm.com

*All Attorneys Licensed in Virginia Except as Noted*

JASON T. MARSHALL[3]
P. HEITH
VERNON M.
JOSEPH E. WOLFE

[1] *Member of TN and NC Bar*
[2] *Member of WV and VA Bar*
[3] *Member of TN Bar*
[4] *Member of KY and VA Bar*

June 29, 2015

Ms. Patricia S. Connor, Clerk
United States Court of Appeals
For the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**RE: Case Nos: 12-1777 (11-0558-BLA),**
       **Carles Dykes and Director, Office of Workers' Compensation Programs**
       **v.   Island Creek Coal Company**

Dear Ms. Connor,

On June 4, 2015 the Respondent, Carles Dykes, by counsel, sent his Motion for Attorney fees via email, to petitioner's counsel seeking fees for services rendered while this matter was before the United Stated Court of Appeals for the Fourth Circuit.

Please find attached our Joint Stipulation and proposed Order to be entered.

Sincerely yours,

/s/Joseph E. Wolfe
Joseph E. Wolfe, Esq.

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ISLAND CREEK COAL COMPANY<br>    Petitioner, | )<br>)<br>)<br>) |
| v. | ) Nos.    12-1777<br>)          (11-0558-BLA)<br>)<br>)<br>) |
| CARLES DYKES,<br> and<br>DIRECTOR, OFFICE OF WORKERS'<br>COMPENSATION PROGRAMS,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) |

_____

## Joint Stipulation and Order

The parties having stipulated to an agreed attorney fee of $12,350.00; the Court affirms and it is so Ordered that the amount is reasonable and shall be paid within 30 days of filing date.

ENTER THIS ORDER on the _____ day of _____, 2015

_____

1

AGREED TO AND STIPULATED TO BY:

/s/ Joseph E. Wolfe  
Joseph E. Wolfe, Esq.  
Wolfe Williams & Reynolds  
Post Office Box 625  
Norton, VA 24273  
276-679-0777  
*Counsel for Respondent,*  
*Carles Dykes*

/s/Kathy Snyder  
Kathy Snyder  
Jackson Kelly  
150 Clay Street  
Suite 500  
PO BOX 619  
Morgantown, WV 26507  
*Counsel for Petitioner*  
*Liberty Mutual Insuance*  
*Rife & Hall Coal Company*

2

## CERTIFICATE OF SERVICE

I, Joseph E. Wolfe, certify that on June 29th, 2015, the foregoing document was served upon all parties or their counsel of record through the CM/ECF system.

>/s/ Joseph E. Wolfe
Joseph E. Wolfe, Esq.
Wolfe Williams & Reynolds
Post Office Box 625
Norton, VA 24273
276-679-0777
*Counsel for Respondent,*
*Carles Dykes*