FILED: June 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1777

(11-0558-BLA)

_____

ISLAND CREEK COAL COMPANY,

      Petitioner,

      v.

CARLES DYKES; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

      Respondents.

_____

O R D E R

_____

The court accepts the joint stipulation filed by the parties regarding attorney's fees and awards attorney's fees to counsel for respondent Carles Dykes in the amount of $12,350.00.  Island Creek Coal Company shall pay the agreed upon attorney's fees within 30 days from the date of this order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk